**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

ANA CAROLINA TEIXERIA and
MARCIO S. TEIXEIRA,

       Plaintiffs,

v.                                          Case No:   6:23-cv-1091-GAP-LHP

WILSHIRE INSURANCE
COMPANY,

       Defendant

**ORDER OF DISMISSAL WITH PREJUDICE**

Upon consideration of the Joint Stipulation of Dismissal with Prejudice (Doc. 41), and pursuant to Fed. R. Civ. P. 41(a), it is hereby

**ORDERED** that this case is dismissed with prejudice, each party to bear its own fees and costs.   Any pending motions are **DENIED** as moot. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on November 28, 2023.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties